**Damien MIKELL, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

No. 35 EM 2017

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.